**ORDERED ACCORDINGLY.**

Dated: July 22, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

1  **T I F F A N Y  &  B O S C O**
            P.A.

2  **2525 EAST CAMELBACK ROAD**

3  **SUITE 300**

   **PHOENIX, ARIZONA 85016**

4  **TELEPHONE: (602) 255-6000**

5  **FACSIMILE: (602) 255-0192**

6  Mark S. Bosco
   State Bar No. 010167

7  Leonard J. McDonald
   State Bar No. 014228

8  Attorneys for Movant

9  10-13571

10           **IN THE UNITED STATES BANKRUPTCY COURT**

11               **FOR THE DISTRICT OF ARIZONA**

12

13  IN RE:                                    No. 2:08-BK-08996-GBN

14  Kelly Noppenberger and George Rousseau              Chapter 7
                  Debtors.
15  _____           ORDER

16  JPMorgan Chase Bank, N.A.
    C/O Chase Home Finance LLC as servicing agent.    (Related to Docket #)
17                  Movant,
          vs.
18

19  Kelly Noppenberger and George Rousseau,
    Debtors, Constantino Flores, Trustee.
20
                  Respondents.
21

22
         Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23  Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24  and no objection having been received, and good cause appearing therefore,

25         IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 26, 2003 and recorded in the office of the Maricopa County Recorder wherein JPMorgan Chase Bank, N.A.

C/O Chase Home Finance LLC as servicing agent. is the current beneficiary and Kelly Noppenberger and George Rousseau have an interest in, further described as:

> Lot 243, SUPERSTITION SPRINGS VILLAGE UNIT TWO, according to Book 364 of Maps, Page 17, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.